478 A.2d 122

Commonwealth v. Tatum, Appellant.

Submitted February 24, 1984. George A. Vaughn, III, for appellant; Edgar Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Order affirmed.

CERCONE, J., concurred in the result.